BENJAMIN B. WAGNER
United States Attorney
LAUREL JACKSON MONTOYA
KEVIN P. ROONEY
Assistant U.S. Attorneys
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 499-4000

FILED

APR 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:09-cr-00057-OWW |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION TO DISMISS |
| | ) SUPERSEDING INFORMATION |
| v. | ) |
| FOOSIYA MOHAMED GASS, | ) |
| Defendant. | ) |

The government thought BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA and KEVIN P. ROONEY, Assistant U.S. Attorneys, hereby moves to dismiss the superseding information against defendant FOOSYIA MOHAMED GASS.

On January 31, 2011, the government and defendant FOOSIYA MOHAMED GASS entered into an deferred prosecution agreement whereby the superseding information would be dismissed if the defendant complied with the terms of the agreement. A review of her criminal history information shows that defendant FOOSIYA MOHAMED GASS has complied with the terms of the agreement and has

///
///
///
///

1

1 | incurred no convictions. Accordingly, the government moves to dismiss the superseding information
2 | against defendant FOOSIYA MOHAMED GASS.

DATED: April 20, 2012          BENJAMIN B. WAGNER
                               UNITED STATES ATTORNEY

                               By: Laurel J. Montoya
                               Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the superseding information against defendant FOOSIYA MOHAMED GASS is dismissed with prejudice.

DATED: April 24, 2012

_____
LAWRENCE J. O'NEILL
United States District Judge