1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL JACKSON MONTOYA
   KEVIN P. ROONEY
3  Assistant U.S. Attorneys
   4401 Federal Courthouse
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 499-4000



**FILED**

APR 2 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,          )  1:09-cr-00057-OWW
                                       )
13              Plaintiff,             )  GOVERNMENT'S MOTION TO DISMISS
                                       )  SUPERSEDING INFORMATION
14      v.                             )
                                       )
15  GASS MOHAMED GASS HERSI,           )
                                       )
16              Defendant.             )
    _____)
17

18      The government thought BENJAMIN B. WAGNER, United States Attorney, and LAUREL J.

19  MONTOYA and KEVIN P. ROONEY, Assistant U.S. Attorneys, hereby moves to dismiss the

20  superseding information against defendant GASS MOHAMED GASS HERSI.

21      On January 31, 2011, the government and defendant GASS MOHAMED GASS HERSI

22  entered into an deferred prosecution agreement whereby the superseding information would be dismissed

23  if the defendant complied with the terms of the agreement. A review of his criminal history information

24  shows that defendant GASS MOHAMED GASS HERSI has complied with the terms of the agreement

25  ///

26  ///

27  ///

28  ///

1

1    and has incurred no convictions. Accordingly, the government moves to dismiss the superseding

2    information against defendant GASS MOHAMED GASS HERSI.

3    DATED: April 20, 2012                        BENJAMIN B. WAGNER
                                                   UNITED STATES ATTORNEY
4

5                                                 By: Laurel J. Montoya
                                                   Assistant U.S. Attorney
6

7

8                                          ORDER

9         IT IS HEREBY ORDERED that the superseding information against defendant GASS

10   MOHAMED GASS HERSI is dismissed with prejudice.

11   DATED: April 4, 2012                         LAWRENCE J. O'NEILL
                                                   United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2