Mohamed Gass Hersi
640 West McKinley
Fresno, CA 93728

Tel: 559-790-1349
Ilbir58@yahoo.com

Defendant
    MOHAMED GASS HERSI
    In propria personal

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-09-00057 LJO |
| Plaintiff, | ) ) ) | **MOTION FOR TERMINATION OF** |
| v. | ) | **PROBATION: ORDER of DENIAL** |
| MOHAMED GASS HERSI, | ) ) ) | |
| Defendants. | ) | |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that DEFENDANT MOHAMED HERSI does hereby requests this Honorable Court to terminate his probation. This motion is based on the file in this case and the following facts:

On February 2, 2011, Mr. Hersi entered a guilty plea to count 1 of the indictment charging him with conspiracy to possess KHAT with the intent to distribute. Khat comes in many forms and was

used by people from Mr. Hersi's country of origin for the stimulant effects it gives when chewed or used as a tea.  This is much the same manner as we use coffee. Mr. Hersi was sentenced to three years probation and he has completed all tasks probation has demanded of him.  Mr. Hersi has served more than 23 months of his 36 months of probation and has been a model probationer.  Mr. Hersi has been free of any criminal matters that may hinder this request. She has suffered no new cases nor been involved with any actions that are against the laws of the United States. Mr. Hersi is requesting he be relieved of all obligations pursuant to his probation so he can go back to living his life with his family in a manner that is not restrictive.

DATED: 03/26/13                     Respectfully submitted,


     /S/Mohamed Hersi
Mohamed Hersi

Mohamed Gass Hersi
640 West McKinley
Fresno, CA 93728

Tel: 559-790-1349

Defendant
    MOHAMED GASS HERSI

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-F-09-00057 LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MOHAMED HERSI, | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the probation imposed by this court on May 24, 2011 NOT be terminated. Probation objects to the early termination in that he has not paid his fine in full.  DENIED.

IT IS SO ORDERED.

   Dated:  **April 3, 2013**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Motion for early termination of probation                3