STEVEN L. CRAWFORD #166488
Law Offices of Steven L. Crawford
192 North 11th Street
Grover Beach, Ca 93433

Tel: (805) 458-6312
Fax: (805) 489-2001
slcrawfordlaw@gmail.com

Attorneys for Defendant
    AMRAN ISMAIL ALI


### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-09-00057 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR TERMINATION OF** |
| v. | ) | **PROBATION AND ORDER** |
| | ) | |
| AMRAN ISMAIL ALI, | ) | |
| | ) | |
| Defendants. | ) | |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE
     AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:


**PLEASE TAKE NOTICE** that DEFENDANT AMRAN ALI, by and through

her attorney, Steven L. Crawford does hereby requests this

Honorable Court to terminate Ms. Ali's probation.  This motion is

based on the file in this case and the following facts:

On February 2, 2011, Ms. Ali entered a guilty plea to count 1

of the indictment charging her with conspiracy to possess KHAT with the intent to distribute. Khat comes in many forms and was used by people from Ms. Ali's country of origin for the stimulant effects it gives when chewed or used as a tea. This is much the same manner as we use coffee. Ms. Ali was sentenced to three years probation and she has completed all tasks probation has demanded of her. Ms. Ali has served more than 23 months of her 36 months of probation and has been a model probationer. MS. Ali has been free of any criminal matters that may hinder this request. She has suffered no new cases nor been involved with any actions that are against the laws of the United States. Ms. Ali is requesting she be relieved of all obligations pursuant to her probation so she can go back to living her life with her family in a manner that is not restrictive.


DATED: 03/26/13                    Respectfully submitted,



                                   /S/Steven L. Crawford
                                   STEVEN L. CRAWFORD, Attorney for
                                   Defendant Amran Ismail Ali

STEVEN L. CRAWFORD #166488
Law Offices of Steven L. Crawford
192 North 11th Street
Grover Beach, Ca 93433
Tel: (805) 458-6312
Fax: (805) 489-2001
slcrawfordlaw@gmail.com

Attorneys for Defendant
    AMRAN ISMAEL ALI


# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-09-00057 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMRAN ISMAEL ALI, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the probation imposed by this court on

May 24, 2011 be terminated immediately. Ms. Ali is restored to

her former status and is no longer bound by the restrictions of

federal probation.   Probation voices no objection.   Had they

voiced any objection, the Court would have denied this without a

formal hearing.




IT IS SO ORDERED.
Motion for early termination of probation                    3

Dated:   **April 3, 2013**                     **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE