UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )    Case No. CR-F-09-00057 LJO
                              )
              Plaintiff,      )
                              )
v.                            )    **ORDER**
                              )
MOHAMED HERSI,                )
                              )
              Defendant.      )    Judge: LJO (originally OWW)
```

IT IS HEREBY ORDERED that the probation imposed by this court on May 24, 2011 be terminated immediately. Mr. Hersi is restored to his former status and is no longer bound by the restrictions of federal probation. Probation and AUSA Montoya have no objection.

IT IS SO ORDERED.

Dated: __April 25, 2013__          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

Motion for early termination of probation                            1

Motion for early termination of probation 2